### THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VICKIE DORRELL, as Special Administrator of the ESTATE OF TERRY DALE DORRELL, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-25-616-SLP |
| COMANCHE COUNTY FACILITIES AUTHORITY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

This matter is before the Court on Defendants' Motion to Dismiss [Doc. No. 7] filed on July 29, 2025.  On August 26, 2025, Plaintiff filed an Amended Complaint [Doc. No. 14].  "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's *allegations*[.]"  *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019).  Thus, those allegations are of "no legal effect."  *Davis v. TXO Prod. Corp*., 929 F.2d 1515, 1517 (10th Cir. 1991) (quoting *Int'l Controls Corp. v. Vesco*, 556 F.2d 665, 668 (2d Cir. 1977)).  Therefore, Defendants' Motion to Dismiss [Doc. No. 7] is DENIED AS MOOT.

IT IS SO ORDERED this 27nd day of August, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE