# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

VICKIE DORRELL, as Special Administrator )
of the ESTATE OF TERRY DALE DORRELL, )
                                                                            )
       Plaintiff, )
                                                                            )
v. ) Case No. CIV-25-616-SLP
                                                                             )
COMANCHE COUNTY FACILITIES )
AUTHORITY, et al., )
                                                                             )
       Defendants. )

## O R D E R

Before the Court is Plaintiff's Response [Doc. No. 21] to the Court's Order to Show Cause entered on September 5, 2025 [Doc. No. 18]. Plaintiff filed her Complaint on June 6, 2025, resulting in a service deadline of September 4, 2025. *See* Fed. R. Civ. P. 4(m). Plaintiff requests a thirty (30) day permissive extension of her deadline to effect service of process. [Doc. No. 21] at 3. Plaintiff represents she has diligently attempted to serve Defendant Clifford Darrington several times, but he is no longer employed at the Comanche County Detention Center and Plaintiff has had difficulty locating him at numerous addresses. *Id.* at 1–2.

The Court must extend the deadline for service when a plaintiff shows good cause. Fed. R. Civ. P. 4(m). In the absence of good cause, the Court has discretion to grant a permissive extension. *Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Based on Plaintiff's representations, the Court finds the circumstances of this case justify a permissive extension. Accordingly, the Court GRANTS Plaintiff an additional 30 days

from her deadline to effect service of process. Plaintiff shall serve Defendant Darrington on or before October 4, 2025. Failure to timely effect service of process may result in dismissal of this action without prejudice as to Defendant Darrington.

    IT IS SO ORDERED this 23rd day of September, 2025.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE