**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| VICKIE DORRELL, as Special Administrator of the ESTATE OF TERRY DALE DORRELL,<br><br>Plaintiff,<br><br>v.<br><br>COMANCHE COUNTY FACILITIES AUTHORITY, et al.,<br><br>Defendants. | ) | Case No. CIV-25-616-SLP |

**ORDER**

Before the Court is Plaintiff's Motion to Extend Scheduling-Order Deadlines. [Doc. No. 32]. Defendant has filed a Response, [Doc. No. 33], and the matter is at issue. Plaintiff requests an extension of all unexpired deadlines by sixty (60) days. Upon review, the Motion is GRANTED. The Court, however, admonishes Plaintiff against filing requests for extensions on the day of the deadline.[1] *See* Chief Judge Scott L. Palk's Guidelines for Requesting Extensions of Scheduling Order Deadlines.[2]

The Clerk of Court is directed to enter an amended scheduling order consistent with the terms of this Order.[3]

---

[1] Defendant includes some troubling claims about the state of discovery in its Response. However, Defendant has not requested any form of relief from this Court and therefore those claims will not be addressed at this time.

[2] https://www.okwd.uscourts.gov

[3] The Court places this matter on its February 2027 trial docket. To the extent Plaintiff's proposed dates differ from the Court's standard dates commensurate with the February 2027 trial docket, the Court's standard dates will be used.

IT IS SO ORDERED this 2nd day of September, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE